IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:03-cr-00012-MP-AK

LAMAR EUGENE CARMICHAEL,

    Defendant.

_____/

# **O R D E R**

This matter is before the Court on Doc. 50, Motion to Vacate under 28 U.S.C. § 2255, by Lamar Eugene Carmichael. In his motion, Defendant alleges that his counsel was ineffective for failing to file a notice of appeal. In support of this allegation, Defendant attached an unsworn statement from his parents that on the day of sentencing they told counsel that they and Defendant "wanted to appeal the sentence" and that counsel told them "not to appeal that he would take care of it."

Defendant has not included any information as to whether he himself had a similar conversation with counsel or whether he attempted to contact counsel to discuss an appeal, and thus, Defendant should amend his motion to include any such information, if it in fact exists. In that regard, Defendant should be specific regarding the date and time of the conversation, where it occurred, and the substance of the conversation. Furthermore, for the Court to consider the statement from Defendant's parents, it must be notarized or sworn to under penalty of perjury. Therefore, Defendant should take steps to attach to his amended motion a properly sworn or notarized statement from his parents.

Accordingly, it is **ORDERED**:

That the Clerk of Court shall forward to Defendant three § 2255 forms;

That no later than **June 27, 2005**, Petitioner shall file an "amended motion" and one identical copy including any exhibits and memoranda. He shall keep an identical copy for his records;

**That failure to respond to this order as directed or any future orders will result in a recommendation of dismissal of this action.**

**DONE AND ORDERED** this *23rd* day of May, 2005.

> s/ *A. KORNBLUM*
> **ALLAN KORNBLUM**
> **UNITED STATES MAGISTRATE JUDGE**