IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                           CASE NO. 1:03-cr-00012-MP-AK

LAMAR EUGENE CARMICHAEL,

     Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 58, Report and Recommendation of the

Magistrate Judge, recommending that this petition under § 2255 be denied as untimely.  The time

for filing objections has passed and none have been filed.  The Court agrees that Mr. Carmichael

failed to file his petition within the one-year statute of limitations after his conviction became

final under that section.  Accordingly, his petition is untimely, and it is hereby

**ORDERED AND ADJUDGED:**

1.      The Report and Recommendation of the Magistrate Judge is adopted and
incorporated herein.

2.      This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this _7th_ day of March, 2008

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge